```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
KEYBANC CAPITAL MARKETS INC.,

                        Plaintiff,
                                              ORDER
        - against -
                                              21 Civ. 2939 (NRB)
TANDEM MANAGEMENT, INC., TANDEMHR,
INC., and TANDEM ADMINISTRATIVE
MANAGEMENT GROUP, INC.,

                        Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         October 28, 2021

_____
         NAOMI REICE BUCHWALD
         UNITED STATES DISTRICT JUDGE