```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KEYBANC CAPITAL MARKETS INC.,

                Plaintiff,                      ORDER

           - against -                          21 Civ. 2939 (NRB)

TANDEM MANAGEMENT, INC., TANDEMHR,
INC., and TANDEM ADMINISTRATIVE
MANAGEMENT GROUP, INC.,

                Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** having been informed that the case had reached a settlement, on October 28, 2021, the Court issued an order dismissing the above-captioned matter without costs and without prejudice while allowing the parties to file an application to restore the action within 30 days if the settlement was not finalized; and

**WHEREAS** on November 18, 2021 plaintiff wrote to the Court requesting an additional 30 days to finalize the settlement and thus requesting the Court to restore the case to the Court's docket during that time; and

**WHEREAS** more than 30 days have elapsed since November 18, 2021 without further submission from the parties; it is hereby

**ORDERED** that the Clerk of Court close the case.

Dated:     New York, New York
           January 13, 2022

                                        _____
                                           NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE